## MORGAN v. CITY OF TUSCALOOSA.

(Decided April 20, 1916.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
No counsel marked for appellant.   BROWN & WARD, for appellee.
PER CURIAM.—Dismissed for want of prosecution.

---

## MURPHREE v. ALLEN.

(Decided April 18, 1916.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. SHARPE.
No counsel marked for appellant.   HUGH LESTER, for appellee.
PER CURIAM.—Dismissed for want of prosecution.

---

## PUGH v. THE STATE.

(Decided April 20, 1916.)

APPEAL from Crenshaw Circuit Court.
Heard before Hon. A. E. GAMBLE.
No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.
PER CURIAM.—Appeal dismissed.

---

## SAMPLE v. THE STATE.

(Decided April 4, 1916.)

APPEAL from Marengo Law and Equity Court.
Heard before Hon. E. J. GILDER.
No counsel marked for appellant.   W. L. MARTIN, Attorney General, for the State.
PER CURIAM.—Dismissed on motion of Attorney General.